FILED
APRIL 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MATT WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07 LM 1688 |
| | ) |
| CITY OF ROCKFORD, a Municipal Corporation, | ) |
| | ) |
| Defendant. | ) |

**08 C 50073**

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

## NOTICE OF REMOVAL

NOW COMES the Defendant, CITY OF ROCKFORD, a municipal corporation, by and through its' attorneys, City of Rockford Department of Law, Patrick W. Hayes, Legal Director and Angela L. Hammer, Assistant City Attorney, and in support of its' Notice of Removal pursuant to 28 U.S.C. §1446 states as follows:

1. On August 24, 2007, the Plaintiff filed a Complaint for Replevin to initiate the above-listed action.

2. On March 27, 2008, the Plaintiff filed an Amended Complaint at Law alleging violations of 42 U.S.C. §1983 and 42 U.S.C. §1988.

3. The initial action for Replevin was not removable to the United States District Court.

4. However, the Amended Complaint at Law alleges violations of the Plaintiff's civil rights.

5. The Plaintiff alleges the violations occurred in the City of Rockford, Winnebago County, Illinois.

6. 28 U.S.C. §1443 provides:

> Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
> (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;
> (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

7. The District Court for the Northern District of Illinois, Western Division has jurisdiction over this matter, pursuant to 28 U.S.C. §1443, and the Defendant's Notice of Removal of Action is timely filed.

8. A copy of all process, pleadings, and orders served upon Defendant is filed with this notice.

9. Defendant will give written notice of the filing of this notice and file a copy of the same with the Circuit Clerk of Winnebago County, in compliance with 28 U.S.C. §1446(d).

WHEREFORE, the Defendant requests that this action be removed from the State of Illinois, Circuit Court of the 17th Judicial Circuit, and proceed in this Court as an action in the United States District Court for the Northern District of Illinois, Western Division.

DATED:      April 22, 2008            Respectfully submitted,

                                                          City of Rockford Department of Law,
                                                          Attorneys for Defendant


                                                          By:  /s/ Angela L. Hammer
                                                          Angela L. Hammer, Assistant City Attorney






City of Rockford Department of Law
425 East State Street
Rockford, IL  61104
(815) 987-5540

FILED

Date: 8/24/07

Thomas A. Klein
Clerk of the Circuit Court
By __RLG__ Deputy
Winnebago County, IL

In the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois

JASON BAILEY
MATT WILLIAMS,

Plaintiffs

v.

CITY OF ROCKFORD,

Defendant

08 C 50073

No. 07 LM -1688

COMPLAINT FOR REPLEVIN

1. That at all times relevant hereto the Plaintiff's have been employed as police officers for the Defendant City of Rockford.

2. That at all times relevant hereto the Defendant City of Rockford has been a municipal corporation under the laws of the State of Illinois.

3. That each Plaintiff is the owner of a Glock 40 caliber semi-automatic handgun and is lawfully entitled to the immediate possession of the same.

4. That the handguns described in paragraph 3 are being wrongfully detained by the defendant.

5. That the handguns described in paragraph 3 have not been taken for any tax, assessment or fine levied by virtue of any law of this state, against the property of the Plaintiffs, or against either of them individually, nor were the handguns seized under any lawful process against the goods and chattels of the plaintiffs subject to that lawful process, nor are the handguns held by virtue of any order for replevin against either Plaintiff.

6. The value of the property is $500.00 for each handgun, the total value being $1,000.00.

7. The Plaintiffs claim the value of the property not delivered to the officer pursuant to the order of replevin.

WHEREFORE, Plaintiffs pray this honorable Court enter an order for replevin granting

A. Possession of the property,

B. The value of the property not delivered,

C. Damages for the detention, and

D. Such other relief as the Court deems equitable and just.

AFFIDAVIT

Jason Bailey and Matt Williams, being first duly sworn, do hereby state on oath, that the allegations in this complaint are true.

*Jason Bailey*

*Matthew F. Williams*
Matt Williams

Signed and sworn before me
August 24, 2007

*Shirelle M. Malone*
Notary Public

"OFFICIAL SEAL"
SHIRELLE M MALONE
Notary Public, State of Illinois
My Commission Expires 5/25/2008

Byrd & Taylor, Attorneys at Law
308 W. State St., Ste. 450
Stewart Square
Rockford, IL 61101
(815) 964-5492

FILED 8/24/07
Thomas A. Klein
Clerk of the Circuit Court
By _RJT_ Deputy
Winnebago County, IL

In the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois

JASON BAILEY
MATT WILLIAMS,

Plaintiffs

v. No. 07 LM 1688

CITY OF ROCKFORD,

Defendant

To each defendant:

You are hereby notified that on __August 24__, 2007, a complaint, a copy of which is attached, was filed in the above court seeking an order of replevin. Pursuant to law a hearing will be held to determine whether such an order shall be entered in this case. If you wish to contest the entry of such order, you must appear at this hearing at __Room 426__, at __11:00__ o'clock __A__ M., on __September 6__, 2007.

Byrd & Taylor, Attorneys at Law
308 W. State St., Ste. 450
Stewart Square
Rockford, IL 61101
(815) 964-5492



# THOMAS A. KLEIN
Winnebago County Circuit Clerk
400 West State Street
Rockford, IL 61101

| Case Number: | 2007-LM-001688 | | Receipt Number: | 18222222 |
|---|---|---|---|---|

| Plaintiff | Defendant | Attorney |
|---|---|---|
| JASON BAILEY | CITY OF ROCKFORD | BYRD AND TAYLOR<br>308 W STATE ST 120<br>ROCKFORD, IL 61101 |

| Agency: | | Ticket: | |
|---|---|---|---|

| Item | Fee | Category | | Payor |
|---|---|---|---|---|
| 001 | 126.00 | Replevin $500.01 - $2500. | 1001 | JASON BAILEY |
| Total | 126.00 | | | |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| AUTOMATION | | | 15.00 | |
| CIRCUIT CLERK FILING FEES | | | 40.00 | |
| COURT SERVICES / SECURITY | | | 25.00 | |
| LIBRARY FEE | | | 13.00 | |
| DOCUMENT STORAGE | | | 15.00 | |
| COURT SYSTEMS | | | 5.00 | |
| CHILDRENS WAITING ROOM FE | | | 5.00 | |
| ARBITRATION | | | 8.00 | |
| Total | | | 126.00 | |
| | | | Bond Used | |
| Check #  7273 | | | Cash | |
| | Check Date 08/24/2007 | | Check | 126.00 |
| | | | Total Tendered | 126.00 |
| | | | Change Due | |
| | | | Balance Due | .00 |

puty Clerk:   RG C101                                 Batch 08-241-029 Date 08/24/2007 Time 13:05:03

# FILE COPY

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

CC-75

FILED
Date: 9/6/07
Thomas A. Klein
Clerk of the Circuit Court
By: _____ Deputy
Winnebago County, IL

Bailey & Williams )
)
-vs- )  Case No. 07 LM 1688
)
City of Rockford )
)

## ORDER

This Cause coming before the Court for first return on a replevin action, the issue of Possession being resolved by return of the Property, it is hereby ordered that the Plaintiffs be granted 21 days to file an Amended complaint herein. This Cause is set for status on 10/11/07 at 9:00 AM

Dated: 9/6/07

P= Mdye for City of Rfd.
Ct.

_____
JUDGE

CC-75

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

FILED

Date: 10/11/07

Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Jason Bailey )
Matt Williams )
             )
       -vs-  )  Case No. 07 LM 1688
City of Rockford )
             )
             )

## ORDER

This Cause coming before the Court, By Agreement of the Parties, it is hereby ordered:

1) This Cause is Continued to 12/13/2007 at 9:00 for Status on whether the Plaintiffs wish to amend their Complaint

Dated: 10/11/07

_____
JUDGE

CC-75

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

FILED
Date: 12/13/07
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Matt Williams    )
                 )
                 )
    -vs-         )    Case No. 07 LM 1688
City of Rockford )
                 )
                 )

## ORDER

By agreement of the Parties this cause is continued to 1/17/2008 at 1:30 pm for Status.

Dated: 12/13/2008

_____
JUDGE

STATE OF ILLINOIS
Case 3:08-cv-50073   Document 1-2   Filed 04/23/2008   Page 8 of 15
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

CC-75

Jason Bailey
Matt Williams

-VS-

City of Rockford

Case No. 07 CM 1688

FILE STAMP
FILED
Date: 1/17/08
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

## ORDER

This cause comins before the Court, by agreement the Court hereby orders:

1) The Complaint of Plaintiff Jason Bailey is hereby dismissed with Prejudice

2) This Cause Shall be Continued for further status on whether Plaintiff Matt Williams wishes to amend or otherwise proceed on his claims. Status shall be on 2/20/08 at 9 AM

Dated: 01/17/08

_____
JUDGE

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

Williams

-VS-

City of Rockford



Case No. 07 LM 1688

## ORDER

This matter coming to be heard on Status, the Court being fully advised in the Premises hereby ORDERS:

This matter is continued for Status to: March 12, 2008 at 9:00 a.m. Courtroom 426.

Dated: Feb 20, 2008

_____
JUDGE

CC-75

STATE OF ILLINOIS
CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
WINNEBAGO COUNTY

Matt Williams

-vs-

City of Rockford

FILED
Date: 3/12/08
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL

Case No. 07 CM 1688

## ORDER

By Agreement of the Parties, it is hereby Ordered

1) Plaintiff is granted 7 days to file an Amended Complaint

2) Defendant is granted 28 days to ~~plead~~ Answer or otherwise Plead

3) This case is set for Status 4/23/08 at 9:00 AM

Dated: 3/2/08

_____
JUDGE

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| MATT WILLIAMS,　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| 　　　　　　Plaintiff,　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| vs.　　　　　　　　　　　　　　　　） | Case No. 07-LM-1688 |
| 　　　　　　　　　　　　　　　　　　） | |
| CITY OF ROCKFORD,　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| 　　　　　　Defendant.　　　　　　　） | |

**NOTICE OF FILING**

To:　City of Rockford, Illinois
　　　Patrick W. Hayes, Legal Director
　　　425 East State Street
　　　Rockford, IL 61104

FILED
Date: 3/27/08
Clerk of the Circuit Court
By: DMS　Deputy
Winnebago County, IL

　　　PLEASE TAKE NOTICE that on the 27st day of March, 2008, we have caused to be filed our AMENDED COMPLAINT AT LAW with the Clerk of the Circuit Court, Winnebago County Courthouse in Rockford, Illinois. Copies of said pleadings are attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　BYRD & TAYLOR, ATTORNEYS AT LAW

　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Christopher J. Taylor
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

BYRD & TAYLOR, ATTORNEYS AT LAW
308 West State Street, Suite 450
Stewart Square
Rockford, Illinois 61101
(815) 964-5492
Atty. No: 3904

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MATT WILLIAMS, )
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
vs. )　Case No. 07-LM-1688
　　　　　　　　　　　　　　　　　)
CITY OF ROCKFORD, )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

## AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff MATT WILLIAMS, by and through his Attorneys BYRD & TAYLOR, by Christopher J. Taylor, and for his COMPLAINT, states as follows:

### COUNT I (42 U.S.C. § 1983)

1. At all times relevant hereto, Plaintiff was a resident of the County of Winnebago, State of Illinois.

2. At all times relevant hereto, the Defendant was a Municipal Corporation of the State of Illinois, located in the County of Winnebago, State of Illinois.

3. That, CHET EPPERSON, was at all times relevant hereto, a Policy maker of the Defendant, acting within his official capacity.

4. In or around August 2007, Defendant acting by and through Chet Epperson did confiscate from the Plaintiff a firearm owned by the Plaintiff, that being a Glock pistol.

5. That Defendant's seizure of the Plaintiff's firearm occurred under color of law or custom.

6. That the seizure of the Plaintiff's firearm subjected the Plaintiff to a Deprivation of his right to be free from unreasonable seizure of his property as secured by the Fourth Amendment to the United States Constitution.

7. That deprivation of property, together with the concomitant humiliation suffered by the Plaintiff in connection with the violation are compensable pursuant to the Statute contained in 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

### COUNT II (42 U.S.C. § 1988)

1-7. Plaintiff repeats and re-alleges paragraphs 1-7 of Count I as paragraphs 1-7 of Count II as if fully setforth herein.

8. That Legal Fees are properly awarded to the Plaintiff pursuant to statute if the Plaintiff prevails on the claims contained in Count I.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

Respectfully submitted,
MATT WILLIAMS

By: _____
Christopher J. Taylor
Attorney for Plaintiff

BYRD & TAYLOR, ATTORNEYS AT LAW
308 W. State St., Ste. 450
Stewart Square
Rockford, IL  61101
(815) 964-5492
Atty. No. 3904

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon Attorneys of Record of all parties to the above cause by depositing the same in a United States post office box in an envelope plainly addressed, with postage fully prepaid on the 27th day of March, 2008, on or before the hour of 5:00 p.m.

                                                  /s/ Shirelle M. Malone
                                                  Shirelle M. Malone

BYRD & TAYLOR, Attorneys at Law
308 W. State Street, Suite 450
Stewart Square
Rockford, IL 61101
(815) 964-5492
Attorney No.: 3904

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

MATT WILLIAMS,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　　）　　08 C 50073
　　　　　　　　　　　　　　　　　　）
　vs.　　　　　　　　　　　　　　　 ）Winnebago County Case No.: 07 LM 1688
　　　　　　　　　　　　　　　　　　）
CITY OF ROCKFORD, a municipal　　　）　　　　F I L E D
corporation　　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　　）
　　　　　　Defendant.　　　　　　　）　　　　APR 2 3 2008

**NOTICE OF FILING**　　　　　　　　　　MICHAEL W. DOBBINS
　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

TO:　Attorney Christopher Taylor
　　　Byrd & Taylor
　　　308 W. State Street, Suite # 450
　　　Rockford, IL  61101

　　　PLEASE TAKE NOTICE that on the 23rd day of April, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division in Rockford, Illinois 61101, Winnebago County Illinois, a Notice of Removal in the above-referenced case, a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　City of Rockford Department of Law

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Angela L. Hammer, Assistant City Attorney

Subscribed to and sworn to before me
this 23rd day of April, 2008.

_____
Notary Public

　　　OFFICIAL SEAL
　　　SHELIA ALEXANDER
　NOTARY PUBLIC, STATE OF ILLINOIS
　MY COMMISSION EXPIRES 10-19-2008

City of Rockford Department of Law
425 East State Street
Rockford, Illinois 61104
(815) 987-5540

08 C 50073

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF WINNEBAGO | ) | |

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that on the 23rd day of April, 2008, she served the attached document, namely, Notice of Removal, upon the within named:

**CHRISTOPHER TAYLOR**
**308 West State Street, Suite #450**
**Rockford, IL 61101**

By causing a copy to be sent via U.S. Postage, postage pre-paid, before the hour of 5:00p.m. on the above date, in the City of Rockford, Illinois.

_Angela L. Hammer_
Angela L. Hammer

SUBSCRIBED AND SWORN to before me
this 23rd day of April, 2008.

_Nora A. Doyle_
Notary Public

OFFICIAL SEAL
NORA A. DOYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-19-2010

CITY OF ROCKFORD DEPARTMENT OF LAW
425 East State Street
Rockford, IL 61104
Phone: (815) 987-5540
Fax:   (815) 967-6949