**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Matt Williams

                Plaintiff,

v.                                        Case No.: 3:08−cv−50073
                                              Honorable Frederick J. Kapala

City of Rockford

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 6/4/2008. Response to complaint due by 7/28/2008. Parties to hold Rule 26 Meeting. Case management order due by 7/29/2008. Initial Pretrial Conference set for 7/30/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.