UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MATT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 50073 |
| | ) | |
| CITY OF ROCKFORD, a municipal corporation | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Attorney Christopher Taylor
     Byrd & Taylor
     308 W. State Street, Suite # 450
     Rockford, IL  61101

**YOU ARE HEREBY NOTIFIED,** that on the **30th day of July, 2008 at 1:30 PM** o'clock or as soon thereafter as Counsel may be heard, we shall appear before Magistrate Mahoney, in the room usually occupied by him as a Court Room, or in his absence, before any other Judge that may be presiding in said Court Room, in the Court House at 211 South Court Street, Rockford, IL 61101, Winnebago County, at Rockford, Illinois, and appear on the Defendants' Motion for Summary Judgment, a copy of which are attached hereto**,** at which time and place you may appear if so desired.

City of Rockford Department of Law

By:   /s/ Angela L. Hammer
Angela L. Hammer, Assistant City Attorney

City of Rockford Department of Law
425 East State Street
Rockford, Illinois 61104
(815) 987-5540