## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Matt Williams
                    Plaintiff,

v.                                      Case No.: 3:08−cv−50073
                                             Honorable Frederick J. Kapala

City of Rockford
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Initial Pretrial conference held on 7/30/2008.Hearing as to motion to dismiss[8] and Discovery Hearing set for 9/3/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.