UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MATT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CV 50073 |
| | ) | |
| CITY OF ROCKFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### SECOND AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff MATT WILLIAMS, by and through his Attorneys BYRD & TAYLOR, by Christopher J. Taylor, and for his SECOND AMENDED COMPLAINT AT LAW, states as follows:

### COUNT I (42 U.S.C. § 1983)

1. At all times relevant hereto, Plaintiff was a resident of the County of Winnebago , State of Illinois.

2. At all times relevant hereto, the Defendant was a Municipal Corporation of the State of Illinois,  located in the County of Winnebago , State of Illinois.

3. That, CHET EPPERSON, was at all times relevant hereto, a Policy maker of the Defendant, acting within his official capacity.

4. In or around August 2007, Defendant acting by and through Chet Epperson did confiscate from the Plaintiff a firearm owned by the Plaintiff, that being a Glock pistol.

5. That Defendant's seizure of the Plaintiff's firearm occurred under color of law or custom.

6. That the seizure of the Plaintiff's firearm subjected the Plaintiff to a Deprivation of his right to be free from unreasonable seizure of his property as secured by the Fourth Amendment to the United States Constitution, as well as a violation of the Plaintiff's right to keep and bear arms pursuant to the Second Amendment to the United States Constitution.

7. That deprivation of Plaintiff's property, his legally owned handgun, together with the concomitant humiliation suffered by the Plaintiff in connection with the violations of his Constitutional Rights are compensable pursuant to the Statute contained in 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

## COUNT II (42 U.S.C. § 1988)

1-7. Plaintiff repeats and re-alleges paragraphs 1-7 of Count I as paragraphs 1-7 of Count II as if fully setforth herein.

8. That Legal Fees are properly awarded to the Plaintiff pursuant to statute if the Plaintiff prevails on the claims contained in Count I.

WHEREFORE, the Plaintiff MATT WILLIAMS, prays for damages against the Defendants for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus

costs of suit.

                                          Respectfully submitted,
                                          MATT WILLIAMS

                          By:    /s/
                                          Christopher J. Taylor
                                          Attorney for Plaintiff


BYRD & TAYLOR, ATTORNEYS AT LAW
308 W. State St., Ste. 450
Stewart Square
Rockford, IL  61101
(815) 964-5492
ID Number: 6207852