UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MATT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CV 50073 |
| | ) | |
| CITY OF ROCKFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:  Attorney Angela Hammer
City of Rockford Department of Legal
425 East State Street
Rockford, IL 61104

PLEASED BE ADVISED that on the 2nd day of September, 2008, I have caused to be filed our SECOND AMENDED COMPLAINT AT LAW with the Clerk of the United States District Court, 211 S. Court St., Rockford, Illinois 61101, a copy of which is attached hereto.

MATT WILLIAMS

By:   /s/ Christopher J. Taylor
Christopher J. Taylor
Attorney for Plaintiff

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

<u>Second Amended Complaint</u>

was served pursuant to the district court's ECF system as to ECF filers on September 2, 2008.

                                                      /s/
                                        Christopher J. Taylor

BYRD & TAYLOR, Attorneys at Law
Christopher J. Taylor
308 W. State Street, Suite 450
Rockford, IL 61101
(815) 964-5492
ID Number: 6207852