UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Western Division

Matt Williams

                Plaintiff,

v.                                     Case No.: 3:08−cv−50073
                                                  Honorable Frederick J. Kapala

City of Rockford

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 9/3/2008. Based upon filing of 2nd amended complaint; defendant's Motion to dismiss [8] is moot. Response to amended complaint due 9/24/08. Discovery Hearing set for 10/8/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.